WR-83,922-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/21/2015 3:48:42 PM
Accepted 9/22/2015 8:33:06 AM
ABEL ACOSTA
CLERK

IN THE COURT OF CRIMINAL APPEALS
FOR THE STATE OF TEXAS
AUSTIN, TEXAS

RECEIVED
COURT OF CRIMINAL APPEALS
9/22/2015
ABEL ACOSTA, CLERK

EX PARTE                                §
                                        §
                                        §        NO. _____
                                        §
                                        §
KEITH ALLEN JONES                       §

WRIT NO. 2011-1299-C2A

THE STATE OF TEXAS              §        IN THE DISTRICT COURT
                               §
VS.                            §        54TH JUDICIAL DISTRICT
                               §
KEITH ALLEN JONES              §        MCLENNAN COUNTY, TEXAS

## UNOPPOSED MOTION TO EXTEND TIME FRAME FOR RESOLUTION OF CLAIMS RAISED IN 11.07 APPLICATION

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW KEITH ALLEN JONES, Applicant, and files this Motion to Extend Time Frame for Resolution of Claims Raised in 11.07 Application and would show the Court the following:

I.

Applicant filed his application for a writ of habeas corpus on March 23, 2015. The State filed its answer to the application on April 7, 2015. On April 22, 2015, the convicting court timely designated the issues for resolution in Applicant's writ application. Pursuant to Texas Rule Appellate Procedure 73.5, the convicting court has 180 days from the date the

State received the application to resolve any issues the court timely designated for resolution.

## II.

The issues designated for resolution by the convicting court have not yet been resolved. An evidentiary hearing is scheduled on those issues for November 13, 2015. A hearing could not be scheduled sooner than that date because of various conflicts with the Court's schedule, the schedules of the parties's attorneys, and the schedules of Applicant's trial attorneys, whose testimony is needed at the evidentiary hearing.

## III.

Applicant respectfully asks that this Court extend the time frame for the convicting court to resolve the issues in Applicant's writ application to a date 45 days after the evidentiary hearing. This will give the trial court time to enter findings of fact and conclusions of law after the hearing.

## IV.

Assistant District Attorney Sterling Harmon advised undersigned counsel on September 17, 2015, that he is unopposed to this motion.

FOR THE ABOVE REASONS, Applicant respectfully asks that this motion be granted.

Respectfully submitted,

_____
ROBERT N. UDASHEN, P.C.
Bar Card No. 20369600

SORRELS, UDASHEN & ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas  75201
214-468-8100
214-468-8104 fax

Attorneys for Applicant

UNOPPOSED:

_____
STERLING HARMON
Assistant District Attorney